Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AU OPTRONICS CORPORATION AMERICA, a California corporation,<br><br>            Plaintiff(s),<br><br>v.<br><br>VISTA PEAK VENTURES, LLC,<br><br>            Defendant(s). | Case No: 4:18-cv-04638-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

    I, Patrick J. Conroy, an active member in good standing of the bar of U.S.D.C. - Eastern District of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Vista Peak Ventures, LLC in the above-entitled action. My local co-counsel in this case is Marc Belloli, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| BRAGALONE CONROY PC<br>2200 Ross Ave., Suite 4500W<br>Dallas, Texas 75201 | FEINBERG DAY ALBERTI LIM<br>& BELLOLI LLP<br>1600 El Camino Real, Suite 280, Menlo Park, California 94025 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (214) 785-6670 | (650) 618-4360 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| pconroy@bcpc-law.com | mbelloli@feinday.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: TX-24012448.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/28/18

                                                                       Patrick J. Conroy
                                                                      APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Patrick J. Conroy is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/29/2018

                                                        *Haywood S. Gill Jr.*
                                    UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



UNITED STATES DISTRICT COURT
Eastern District of Texas

*Certificate of Good Standing*

I, David A. O'Toole, Clerk of this Court, certify that

PATRICK JOSEPH CONROY

was duly admitted to practice in this Court on

June 6, 2005 , and is in good standing

as a member of the Bar of this Court.

Dated at   Beaumont, Texas

on    August 24, 2018

David A. O'Toole
Clerk of Court

by  Debbie L. Collazo
Deputy Clerk

