|   |   |
|---|---|
| | Reset Form |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

AU OPTRONICS CORPORATION AMERICA, a California corporation,
    Plaintiff(s),

v.

VISTA PEAK VENTURES, LLC,
    Defendant(s).

Case No: 4:18-cv-04638-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, T. William Kennedy, Jr., an active member in good standing of the bar of U.S.D.C. - Eastern District of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Vista Peak Ventures, LLC in the above-entitled action. My local co-counsel in this case is Marc Belloli, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| BRAGALONE CONROY PC<br>2200 Ross Ave., Suite 4500W<br>Dallas, Texas 75201 | FEINBERG DAY ALBERTI LIM<br>& BELLOLI LLP<br>1600 El Camino Real, Suite 280, Menlo Park, California 94025 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (214) 785-6670 | (650) 618-4360 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bkennedy@bcpc-law.com | mbelloli@feinday.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: TX-24055771.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/28/18

                T. William Kennedy, Jr.
                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of T. William Kennedy, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/29/2018

                *Haywood S. Gill Jr.*
                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



UNITED STATES DISTRICT COURT
Eastern District of Texas

*Certificate of Good Standing*

I, David A. O'Toole, Clerk of this Court, certify that

THOMAS WILLIAM KENNEDY

was duly admitted to practice in this Court on

July 22, 2008 , and is in good standing

as a member of the Bar of this Court.

Dated at  Beaumont, Texas

*David A. O'Toole*
Clerk of Court

on     August 24, 2018

by *Debbie L. Collazo*
Deputy Clerk

