Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

AU OPTRONICS CORPORATION AMERICA, a California corporation,
  Plaintiff(s),

v.

VISTA PEAK VENTURES, LLC,
  Defendant(s).

Case No: 4:18-cv-04638-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Daniel F. Olejko, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Vista Peak Ventures, LLC in the above-entitled action. My local co-counsel in this case is Marc Belloli, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| BRAGALONE CONROY PC<br>2200 Ross Ave., Suite 4500W<br>Dallas, Texas 75201 | FEINBERG DAY ALBERTI LIM<br>& BELLOLI LLP<br>1600 El Camino Real, Suite 280, Menlo Park, California 94025 |
| MY TELEPHONE # OF RECORD:<br>(214) 785-6670 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 618-4360 |
| MY EMAIL ADDRESS OF RECORD:<br>dolejko@bcpc-law.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mbelloli@feinday.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: PA-205512.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/28/18

Daniel F. Olejko
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Daniel F. Olejko is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/29/2018

/s/ Haywood S. Gilliam Jr.
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



### Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *Daniel Fletcher Olejko, Esq.*

**DATE OF ADMISSION**

*November 13, 2007*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: February 21, 2018**

_Elizabeth E. Zisk_
Chief Clerk