# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AU OPTRONICS CORPORATION AMERICA<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>VISTA PEAK VENTURES, LLC<br><br>　　　　　　Defendant(s). | Case No: 4:18-CV-04638-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, Bryan G. Harrison, an active member in good standing of the bar of the State of Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: AU Optronics Corporation America in the above-entitled action. My local co-counsel in this case is Regina J. McClendon, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Locke Lord LLP<br>Terminus 200, 3333 Piedmont Rd, NE, Suite 1200<br>Atlanta, GA 30305 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Locke Lord LLP<br>101 Montgomery Street, Suite 1950<br>San Francisco, CA 94104 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>404-870-4600 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-318-8810 |
| MY EMAIL ADDRESS OF RECORD:<br>bryan.harrison@lockelord.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>rmcclendon@lockelord.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 331750.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: August 29, 2018　　　　　　　　　　　　/s/ Bryan G. Harrison
　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT
　　　　　　　　　　　　　　　　　　　　　　Bryan G. Harrison

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of Bryan G. Harrison is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/30/2018　　　　　　　　　　　　　　　　/s/ Haywood S. Gilliam Jr.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER　　　　　　　　　　　　　　　　　　　　　*October 2012*

American LegalNet, Inc.
www.FormsWorkFlow.com



# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Mr. Bryan Guy Harrison
Locke Lord LLP
Terminus 200
3333 Piedmont Road NE, Suite 1200
Atlanta, GA  30305


**CURRENT STATUS:**     Active Member-Good Standing
**DATE OF ADMISSION:**  06/14/1991
**BAR NUMBER:**         331750
**TODAY'S DATE:**       06/08/2018


The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, administrative arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

## STATE BAR OF GEORGIA

*Brinda Lovvorn*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA  30303-2743
404-527-8700 • 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA  31401-1225
912-239-9910 • 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA  31793-1390
229-387-0446 • 800-330-0446
Fax 229-382-7435