Marc Belloli (SBN: 244290)
  *mbelloli@feinday.com*
FEINBERG DAY ALBERTI LIM
& BELLOLI LLP
1600 El Camino Real, Suite 280
Menlo Park, California 94025
Tel: 650.618.4360
Fax: 650.618.4368

Patrick J. Conroy (admitted *pro hac vice*)
  *pconroy@bcpc-law.com*
T. William Kennedy Jr. (admitted *pro hac vice*)
  *bkennedy@bcpc-law.com*
Daniel F. Olejko (admitted *pro hac vice*)
  *dolejko@bcpc-law.com*
BRAGALONE CONROY PC
2200 Ross Ave., Suite 4500W
Dallas, Texas 75201
Tel: (214) 785-6670
Fax: (214) 785-6680

Attorneys for Specially Appearing
Defendant Vista Peak Ventures, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| AU OPTRONICS CORPORATION AMERICA, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VISTA PEAK VENTURES, LLC,<br><br>Defendant. | Case No. 4:18-cv-04638-HSG<br><br>**SPECIALLY APPEARING DEFENDANT VISTA PEAK VENTURES, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY SUPPORTING MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER OR STAY, COUNTS ONE THROUGH THREE OF PLAINTIFF'S COMPLAINT**<br><br>Date: November 29, 2018<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Haywood S. Gilliam, Jr. |

Specially Appearing Defendant Vista Peak Ventures, LLC ("VPV") hereby submits as supplemental authority in support of its Motion to Dismiss or, in the Alternative, to Transfer or Stay, Counts One Through Three of Plaintiff's Complaint the U.S. District Court for the Southern District of California's recent order granting Semcon IP, Inc.'s motion to dismiss for lack of personal jurisdiction in *Kyocera International, Inc. v. Semcon IP, Inc.*, No. 3:18-CV-1575-CAB-MDD (S.D. Cal. filed Oct. 19, 2018), which is attached hereto as **Exhibit A**.

While the entire order supports VPV's argument that the Court should dismiss Plaintiff's Complaint for lack of personal jurisdiction, VPV directs the Court to the following text of the order as particularly relevant:

> [T]he California connection to Semcon's enforcement activities argued by Kyocera is unequivocally tangential and decidedly inadequate to justify the exercise of personal jurisdiction in this case. Semcon's enforcement efforts appear to be located exclusively in Texas. That two of the defendants in the twelve patent infringement lawsuits Semcon filed in Texas happen to have principal places of business in California is insufficient, without more, to satisfy Kyocera's obligation to demonstrate that Semcon *purposefully directed* its enforcement activities at California.
>
> Kyocera's other arguments of minimum contacts with California—that several defendants in the Texas infringement actions have affiliates in California, that Semcon attended mediations in California for two of the Texas infringement actions, and that Semcon used an international process server with an office in California—are even flimsier. Kyocera offers no authority for the far-fetched proposition that Semcon directed enforcement activities at California because it has filed lawsuits in Texas against other alleged infringers who are not California residents themselves, but have affiliates in California. Meanwhile, Semcon's use of a process server with a California office to serve a Texas lawsuit on a foreign company is no more relevant to the determination of personal jurisdiction than if Semcon used a computer manufactured by a California company to draft the complaint itself. …

Ex. A at 6-7 (emphasis in original) (footnote and citations omitted).

| | |
|---|---|
| Dated: October 23, 2018 | Respectfully submitted,<br><br>_/s/ Marc Belloli_<br>Marc Belloli (SBN: 244290)<br>   *mbelloli@feinday.com*<br>FEINBERG DAY ALBERTI LIM<br>& BELLOLI LLP<br>1600 El Camino Real, Suite 280<br>Menlo Park, California 94025<br>Tel: 650.618.4360<br>Fax: 650.618.4368<br><br>Patrick J. Conroy (admitted *pro hac vice*)<br>   *pconroy@bcpc-law.com*<br>T. William Kennedy Jr. (admitted *pro hac vice*)<br>   *bkennedy@bcpc-law.com*<br>Daniel F. Olejko (admitted *pro hac vice*)<br>   *dolejko@bcpc-law.com*<br>BRAGALONE CONROY PC<br>2200 Ross Ave., Suite 4500W<br>Dallas, Texas 75201<br>Tel: (214) 785-6670<br>Fax: (214) 785-6680<br><br>*Attorneys for Specially Appearing*<br>*Defendant Vista Peak Ventures, LLC* |

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2018, I electronically filed the foregoing document using the Court's ECF system which will electronically serve the same upon all counsel of record.

*/s/ Marc Belloli*
Marc Belloli (SBN: 244290)