LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Meagan S. Tom (SBN 273489)
meagan.tom@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Bryan G. Harrison (*pro hac vice* to be filed)
bryan.harrison@lockelord.com
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, GA 30305
Telephone: (404) 870-4600
Fax: (404) 872-5547

Attorneys for Plaintiff AU Optronics Corporation America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AU OPTRONICS CORPORATION AMERICA, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VISTA PEAK VENTURES, LLC,<br><br>Defendant. | CASE NO.: 4:18-cv-04638-HSG<br><br>**AU OPTRONICS CORPORATION AMERICA'S RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY SUPPORTING MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER OR STAY, COUNTS ONE THROUGH THREE OF PLAINTIFF'S COMPLAINT**<br><br>Date: November 29, 2018<br>Time: 2 p.m.<br>Place: Courtroom 2<br><br>Complaint Filed: August 1, 2018 |

Defendant filed its Notice of Supplemental Authority Supporting Motion to Dismiss or, in the Alternative, to Transfer or Stay, Counts One Through Three of Plaintiff's Complaint (the "Notice") on October 23, 2018. (Dkt. #31).

As an initial matter, the Notice violates LR 7-3(d)(2), which requires new authority to be presented only through a "Statement of Recent Decision, containing a citation to and providing a copy of the new opinion–without argument." LR 7-3(d)(2). Defendant's Notice exceeds the limits of this Court's rules by providing argument and excerpts from the opinion. Therefore, AUO USA requests that the Court strike and disregard Defendant's Notice. Should the Court decide to consider Defendant's Notice , AUO USA would welcome the opportunity to explain to the Court why the issues decided in *Kyocera International, Inc. v. Semcon IP, Inc.*, No. 3:18-CV-1575-CAB-MDD (S.D. Cal. Oct. 19, 2018), attached as Exhibit A to the Notice, are significantly different from those before this Court either at the hearing on Defendant's Motion to Dismiss scheduled for November 29 or in a brief responsive filing, if such a filing would assist the Court in preparing for the hearing.

Dated:  October 25, 2018              Respectfully submitted,

                                      LOCKE LORD LLP


                                      By:  */s/ Bryan G. Harrison*
                                           Regina J. McClendon
                                           Bryan G. Harrison
                                           Meagan S. Tom
                                      Attorneys for Plaintiff
                                      AU OPTRONICS CORPORATION AMERICA