LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Meagan S. Tom (SBN 273489)
meagan.tom@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Bryan G. Harrison (*pro hac vice*)
bryan.harrison@lockelord.com
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, GA 30305
Telephone: (404) 870-4600
Fax: (404) 872-5547

Attorneys for Plaintiff AU Optronics Corporation America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AU OPTRONICS CORPORATION AMERICA, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>VISTA PEAK VENTURES, LLC,<br><br>    Defendant. | CASE NO.: 4:18-cv-04638-HSG<br><br>**AU OPTRONICS CORPORATION AMERICA'S REPLY TO STATEMENT OF RECENT DECISION**<br><br>Date: November 29, 2018<br>Time: 2 p.m.<br>Place: Courtroom 2 |

1    AU Optronics Corporation America ("AUO USA") filed its Statement of Recent Decision on
2    December 13, 2018. (Dkt. #40).  The following day, Defendant filed a response (the "Response")
3    and attaching the Federal Circuit decision, *Maxchief Investments Ltd. v. Wok & Pan, Ind., Inc.*, No.
4    2018-1121 (Fed. Cir. Nov. 29, 2018).  (Dkt. #41).

5    AUO USA would welcome the opportunity to explain to the Court why the issues decided by
6    the Federal Circuit in *Maxchief*, attached as Exhibit A to the Response, are simply not relevant to
7    those before this Courts in a brief responsive filing, if such a filing would assist the Court.

Dated:  December 17, 2018                Respectfully submitted,

                                         LOCKE LORD LLP


                                         By:   */s/ Bryan G. Harrison*
                                                Regina J. McClendon
                                                Bryan G. Harrison
                                                Meagan S. Tom
                                         Attorneys for Plaintiff
                                         AU OPTRONICS CORPORATION AMERICA

**Locke Lord LLP**
101 Montgomery Street, Suite 1950
San Francisco, CA 94104

2
AUO USA'S REPLY TO NOTICE OF SUPPLEMENTAL AUTHORITY
*AU Optronics Corporation America v. Vista Peak Ventures, LLC*, Case No. 4:18-cv-04638-HSG